UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10184-PBS

v.

MICHAEL W. ALCOTT

## NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                                      June 21, 2004

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **June 30, 2004**, at **2:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:**  Defense counsel is to contact Probation and make arrangements to meet with the probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much time as necessary for the interview process as it takes approximately two hours.

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10184-PBS |
| v. | |
| MICHAEL W. ALCOTT | |

### NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                                              June 21, 2004

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **June 30, 2004**, at **2:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:**  Defense counsel is to contact Probation and make arrangements to meet with the probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much time as necessary for the interview process as it takes approximately two hours.

                              By the Court,

                                /s/ Robert C. Alba
                              Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO.  04-10184-PBS |
| v. | |
| MICHAEL W. ALCOTT | |

## NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                                        June 21, 2004

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **June 30, 2004**, at **2:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:**  Defense counsel is to contact Probation and make arrangements to meet with the probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much time as necessary for the interview process as it takes approximately two hours.

                      By the Court,

                      /s/ Robert C. Alba
                      Deputy Clerk

Copies to:  All Counsel