UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO. 04-10184-PBS

v.

MICHAEL ALCOTT

## NOTICE OF RESCHEDULED RULE 11 HEARING

SARIS, U.S.D.J.                                                                                  July 19, 2004

      The Rule11 Hearing previously scheduled for July 22, 2004, has been **rescheduled** to **August 11, 2004, at 3:00 p.m.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc