UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 8-11-04
By
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10184-PBS |
| ) | |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. § 1344 (Bank Fraud) |
| MICHAEL W. ALCOTT, ) | 18 U.S.C. § 982 (Forfeiture) |
| Defendant ) | |
| ) | |

## ASSENTED-TO MOTION TO
## DISMISS INFORMATION WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney (the "United States") moves to dismiss without prejudice the Information filed in this case. The United States seeks this dismissal because the Defendant and the United States have been unable to reach an agreement as to the disposition of this matter. The United States intends to proceed on this matter by way of Indictment. The Defendant assents to this motion.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
Jack W. Pirozzolo
Assistant U.S. Attorney

Assented to:

_____
Robert M. Goldstein, Esq.
  attorney for MICHAEL W. ALCOTT

Leave to File Granted:

_____
Hon. Patti B. Saris
United States District Court