AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

US
v.
Michael Alcott

**APPEARANCE**

Case Number: CR04- 10184 PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Michael Alcott

I certify that I am admitted to practice in this court.

7/1/04
Date

FILED
In Open Court
USDC, Mass.
Date 7-1-04
By [signature]
Deputy Clerk

[signature]
Signature

Robert M Gdebler    630584
Print Name          Bar Number

114 State St
Address

Boston            MA          02109
City              State       Zip Code

(617) 742-9015    (617) 742-9013
Phone Number      Fax Number